IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jabril Caldwell-Parker,<br><br>Plaintiff,<br><br>v.<br><br>Surprise Police Department, et al.,<br><br>Defendants. | No. CV-21-01088-PHX-DWL (JZB)<br><br>**ORDER** |

On December 15, 2021, Magistrate Judge Boyle issued a report and recommendation ("R&R") recommending that "Plaintiff's claims against Defendant Trinitee Sapp be DISMISSED pursuant to Federal Rule of Civil Procedure 56(f)(3)." (Doc. 45 at 8-9.) The R&R further provided that "[t]he parties shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court." (*Id.* at 9.)

Here, no such objections have been filed and the time to object has expired. Thus, the Court accepts Judge Boyle's recommendation. *See, e.g., Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's

findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly,

**IT IS ORDERED** that:

1. The R&R (Doc. 45) is **accepted**.
2. Plaintiff's claims against Defendant Trinitee Sapp are **dismissed** pursuant to Federal Rule of Civil Procedure 56(f)(3).

Dated this 6th day of January, 2022.

Dominic W. Lanza
United States District Judge